(Republished.)

JACK FINKELSTEIN, Appellant, v. YOLANDE B. FINKELSTEIN, Respondent.—

No opinion. The order of this court, entitled *John Anonymous* v. *Jane Anonymous,* entered September 27, 1955, is vacated. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ. [See *Anonymous* v. *Anonymous, ante,* p. 961.]

JACK FINKELSTEIN v. YOLANDE B. FINKELSTEIN.—

Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

(September 29, 1955.)

In the Matter of the Probate of the Will of CAROLINE WEISS, Also Known as KAROLINE WEIHS, Deceased. RICHARD E. WEISS, Appellant; JOSEPH A. WEISS, Respondent. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

SECOND DEPARTMENT, SEPTEMBER, 1955.

(September 2, 1955.)

In the Matter of STATEN ISLAND WAR MEMORIAL ASSOCIATION, INC., Respondent. MYRA S. BARNES et al., Appellants; STATEN ISLAND PLAZA, INC., et al., Respondents.—

Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ. [See *ante,* p. 887.]

In the Matter of EVA A. JOHNSON et al., Appellants, against WALTER W. WESTALL et al., Constituting the Board of Elections of the County of Westchester, et al., Respondents.— No opinion. Nolan, P. J., MacCrate, Murphy and Ughetta, JJ., concur. [208 Misc. 360.]

(September 19, 1955.)

ROBERT BANKS et al., Respondents, v. COUNTY OF NASSAU et al., Appellants.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.